IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARTINEZ WATTS,
D.O.C. # 073347,

    Plaintiff,

v.                                                         4:21cv216–WS/MAF

GOVERNOR RON DESANTIS,
SECRETARY MARK INCH,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed July 13, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. Plaintiff has responded (ECF No. 6) to the report and recommendation, challenging the magistrate judge's finding that he has abandoned the litigation but providing no reasonable explanation as to why he has failed to comply with the court's order dated May 27, 2021.

Upon review of the record, the undersigned concludes—as recommended by

the magistrate judge—that this case should be dismissed based on Plaintiff's failure to comply with a court order. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's complaint and this action are DISMISSED without prejudice for failure to comply with a court order.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice.

4. The clerk shall close the case.

DONE AND ORDERED this   3rd   day of   August  , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE